■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE CABA, Appellant. [847 NYS2d 893]—Judgment of resentence, Supreme Court, Bronx County (Efrain Alvarado, J.), rendered on or about December 18, 2006, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Andrias, Gonzalez and Sweeny, JJ.